IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Phillips, Eugene | Case Number: 08 B 24524 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 9/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 30,000.00 | 0.00 |
| 4. | Wells Fargo Financial Bank | Unsecured | 4,883.70 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | | No Claim Filed |
| 6. | National City Bank | Secured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Citi Mortgage | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | State Collection Service | Unsecured | | No Claim Filed |
| | | | $ 37,256.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

